# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mary Stassinos and Ryann Stassinos, as Heirs at Law of John H. Stassinos, deceased, and as Co-Administrators of the Estate of John H. Stassinos, <br><br> Plaintiffs, <br><br> vs. <br><br> XTO Energy, Inc., et. al., <br><br> Defendants. | **ORDER RE ADMISSION PRO HAC VICE** <br><br> Case No. 1:17-cv-102 |

Before the court is a motion for attorney Reagan M. Brown to appear *pro hac vice* on behalf of Defendant XTO Energy, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Reagan M. Brown has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Reagan M. Brown has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 54) is **GRANTED**. Attorney Reagan M. Brown is admitted to practice before this court in the above-entitled action on behalf of Defendant XTO Energy, Inc.

**IT IS SO ORDERED.**

Dated this 23rd day of January, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge